

700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500 • www.kacllp.com

July 31, 2024

*__Via CM/ECF System__*

Honorable Kyu Young Paek
United States Bankruptcy Judge
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

   **RE:** ***Business Finland USA, Inc. v. Jaana Colangelo***
     **SDNY Adv. Pro. No.  23- 07036 (KYP)**

     **In re *Jaana Colangelo*, Chapter 7 Debtor**
     **SDNY Case No.  23-22355 (KYP)**

Dear Honorable Judge Paek:

   This firm represents this firm represents Business Finland USA, Inc. ("Business Finland"), plaintiff in the above referenced Adversary Proceeding commenced against the Chapter 7 Debtor, Jaana Colangelo (the "Debtor"), who is appearing *pro se* in these proceedings.

   At the Pre-Trial Conference held on June 24, 2024 before the Honorable Sean H. Lane, the Court permitted Business Finland to file a Summary Judgment Motion in the Adversary Proceeding and set a schedule for filing the motion, objections, and replies. Business Finland and the Debtor have agreed to modify the schedule as follows:

   Deadline for Business Finland to file its Summary Judgment Motion: *August 9, 2024*
   Deadline for the Debtor to file her Objection: *September 6, 2024*
   Deadline for Business Finland to file its Reply to the Objection: *September 20, 2024*

   Once the Summary Judgment Motion has been fully submitted, the undersigned will contact your Honor's Chambers to obtain a hearing date on the Summary Judgment. Should you have any questions, please do not hesitate to have your Honor's Chambers contact the undersigned. Business Finland thanks the Court for its attention to this matter.

       Respectfully submitted,


       */s/ Julie Cvek Curley*
       Julie Cvek Curley

JCC/
cc: Jaana Colangelo (*Via email*)