Honorable Kyu Young Paek
United States Bankruptcy Judge
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601

**RE: Business Finland USA, Inc. v. Jaana Colangelo SDNY Adv. Pro. No. 23- 07036 (KYP) In re Jaana Colangelo, Chapter 7 Debtor SDNY Case No. 23-22355 (KYP)**

Dear Honorable Judge Paek:

My name is Jaana Colangelo, and I am the Debtor in this case. I don't have an attorney representing me because of my financial situation.

Business Finland had a deadline to file a Summary Judgement Motion by August 9th, 2024. My (the Debtor's) deadline for objection was September 6th, 2024. I have not been able to do so because Business Finland has not filed their motion yet.

I have contacted Business Finland's attorney, Ms. Julie Cvek Curley, on several occasions asking about the motion. Ms. Curley replied to me stating that there was an emergency and that she would file a motion to ask for more time to file. I spoke with your chambers today and there are no records from Ms. Curley asking for more time from the court.

I am asking the court to dismiss Business Finland's request for filing a Summary Judgement Motion.

Respectfully submitted,

Jaana Colangelo