# United States Bankruptcy Court
## Southern District of New York

In re    **4452 BROADWAY MAZAL LLC**    Case No.    **23-11832-lgb**
Debtor(s)    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Authorized Signatory of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 7, 2023**    **/s/ Nir Amsel**
**Nir Amsel**/**Authorized Signatory**
Signer/Title

```
4452 BROADWAY 1 LLC
520 MADISON AVE
SUITE 3501
NEW YORK, NY 10022


4452 BROADWAY MAZAL HOLDING
345 SEVENTH AVENUE
NEW YORK, NY 10001


4452 BROADWAY MAZAL SENIOR MEZZANINE LLC
C/O HAP INVESTMENTS
345 SEVENTH AVE
NEW YORK, NY 10001


A. ESTEBAN AND COMPANY
132 WEST 36TH STREET
NEW YORK, NY 10018


ABLE EQUIPMENT RENTAL
100 STAMFORD PLACE
STAMFORD, CT 06902


ALEXIS ROMAN
C/O  DAVID J. KRESMAN
SEVEN PENN PLAZA, SUITE 720
NEW YORK, NY 10001


AMIR HASID
26 VITKIN STREET
TEL AVIV, ISRAEL


AMR ELECTRICIAL CONTRACTING
315 JACKSON AVE
BRONX, NY 10455


BANAY CONSULTANTS
61-43 186TH STREET
FRESH MEADOWS, NY 11365


BBG, INC.
8343 DOUGLAS AVENUE
SUITE 700
DALLAS, TX 75225
```

BIG APPLE TESTING, INC.
100-03 94TH AVENUE
OZONE PARK, NY 11416


BROADWAY CONST. GROUP LLC
45 BROADWAY
27TH FLOOR
NEW YORK, NY 10006-3800


CARLYLE I DOUGLAS LAND
SURVEYING LLC
206 LENOX ROAD
BROOKLYN, NY 11226


CHRISTIE ENGINEERING
66 YORK STREET
JERSEY CITY, NJ 07302


CITRIN COOPERMAN & COMPANY LLP
50 ROCKEFELLER PLAZA
NEW YORK, NY 10020


CON EDISON
4 IRVING PLACE
NEW YORK, NY 10003


CONCRETE SUPPORT SYSTEMS
66 CHOICE ROAD
WINDSOR LOCKS, CT 06096


CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007


CT CORPORATION
P.O. BOX 4349
CAROL STREAM, IL 60197


DAGHER ENGINEERING, PLLC
29 BROADWAY
NEW YORK, NY 10006

23-07036-kyp    Doc    Filed 12/07/23    Entered 12/07/23 17:32:47    Main Document
Pg 4 of 8

```
DL PARTNERS
345 7TH AVENUE
23RD FL.
NEW YORK, NY 10001


DOMANI CONSULTING
68 WHITEHALL STREET
LYNBROOK, NY 11563


FIRE DEPARTMENT OF NEW YORK
METROTECH CENTER
BROOKLYN, NY 11201


FIRST INSURANCE FUNDING
1747 VETERANS MEMORIAL HWY.
STE. 22
ISLANDIA, NY 11749


FIRST SERVICE RESIDENTIAL
622 THIRD AVENUE
NEW YORK, NY 10017


FISHER & MAKOOI ARCHITECTS
259 WEST 30TH STREET
SUITE 401
NEW YORK, NY 10001


HAKEEM MAINTENANCE SERV.
3 WEST 57TH STREET
NEW YORK, NY 10019


HAP CONSTRUCTION LLC
345 SEVENTH AVENUE
NEW YORK, NY 10001


HAP INVESTMENTS
345 SEVENTH AVE
NEW YORK, NY 10001


HAP VENTURE FUND 3 LP
C/O HAP INVESTMENT
345 SEVENTH AVE
NEW YORK, NY 10001
```

```
HERC RENTALS INC.
27500 RIVERVIEW CENTER BLVD
SUITE 100
BONITA SPRINGS, FL 34134


HUB INTERNATIONAL NE TRUST
PO BOX 414972
BOSTON, MA 02241-4972


HYDROTECH ENVIRONMENTAL
231 WEST 29TH STREET
NEW YORK, NY 10001


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JACK JAFFA & ASSOCIATES CORP.
147 PRINCE STREET
BROOKLYN, NY 11201


JM ZONING
225 BROADWAY
13TH FLOOR
NEW YORK, NY 10007


JZN ENGINEERING
99 MORRIS AVENUE
SPRINGFIELD, NJ 07081


KISAV CONSTRUCTION SERVICES
808 TUCKAHOE ROAD
YONKERS, NY 10710


KISAV CONSTRUCTION SERVICES IN
205-24 MURDOCK AVE
SAINT ALBANS, NY 11412


KRISS & FEUERSTEIN LLP
ATTN: JEROLD FEUERSTEIN
360 LEXINGTON AVE, SUITE 1200
NEW YORK, NY 10017
```

LANGAN ENGINEERING, ENVIRON.
SURVEYING, LANDSCAPE ARCHITECT
300 KIMBALL DRIVE
PARSIPPANY, NJ 07054


LRC ENGINEERING & SURVEYING DP
160 WEST STREET
SUITE E
CROMWELL, CT 06416


MEN OF STEEL ENTERPRISES
2500 STATE ROAD, UNIT A
BENSALEM, PA 19020


MONCON INC.
1460 SHERIDAN BLVD
BRONX, NY 10459


MT GROUP LLC
403 COUNTY ROAD, UNIT 1
CLIFFWOOD, NJ 07721


MTB ARCHITECTURAL METAL & GLAS
C/O J. IANDOLO LAW, PC
8213 THIRD AVENUE
BROOKLYN, NY 11209


NASHEY EQUITY LLC
C/O HAP INVESTMENT
345 SEVENTH AVE
NEW YORK, NY 10001


NEW YORK CITY TRANSIT AUTH
2 BROADWAY
ROOM A1-09
NEW YORK, NY 10004


NEW YORK STATE DEPT. OF FINANC
ATTN: BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205


NIR AMSEL
RUPIN 31
TEL AVIV, ISRAEL

```
NRAI INC
1209 ORANGE STREET
WILMINGTON, DE 19801


NYC DEPARTMENT OF FINANCE
ONE CENTRE STREET
22ND FLOOR
NEW YORK, NY 10007


NYC DEPARTMENT OF SANITATION
44 BEAVER STREET
NEW YORK, NY 10004


NYC DEPT OF BUILDINGS
280 BROADWAY
4TH FL.
NEW YORK, NY 10007


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN:  LEGAL AFFAIRS
BROOKLYN, NY 11201


OFFICE OF THE ATTORNEY GENERAL
28 LIBERTY ST.
NEW YORK, NY 10005


OPEN SPACE LABS INC.
1533 SANCHEZ STREET
SAN FRANCISCO, CA 94131


PECKAR & ABRAMSON, P.C.
1325 AVENUE OF THE AMERICAS
ATTN:  CHRISTOPHER B. KINZEL
NEW YORK, NY 10019


PLATTE, KLARSFELD AND LEVINE,
10 EAST 40TH STREET
46TH FLOOR
NEW YORK, NY 10016


SEGUNDO MOYANO
C/O SILBERSTEIN, AWAD & MIKLOS
600 OLD COUNTRY ROAD, STE 505
GARDEN CITY, NY 11530
```

```
SEVERUD ASSOCIATES CONSULTING
ENGINEERS, P.C.
469 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NY 10018


SMITH, GAMBRELL & RUSSELL
WILL APARTMENT
1301 6TH AVE, 42ND FLOOR
NEW YORK, NY 10019


STRATEGIC INSPECTIONS
150 MAIN STREET
SUITE 2
PORT WASHINGTON, NY 11050


TEAL BECKER & CHIARAMONTE
7 WASHINGTON SQUARE
ALBANY, NY 12205


THE BLAIKIE GROUP
111 JOHN STREET
SUITE 1600
NEW YORK, NY 10038


TSG REPORTING, INC.
228 E 45TH ST
SUITE 810
NEW YORK, NY 10017


US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN:  TAX AND BANKRUPTCY
NEW YORK, NY 10007


WOLTERS KLUWER
400 W. MAIN STREET
SUITE 405
BABYLON, NY 11702


ZETLIN & DE CHIARA LLP
801 SECOND AVENUE
NEW YORK, NY 10017
```