UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **4452 BROADWAY MAZAL LLC,** | Case No. 23-11832 (LGB) |
| Debtor. | |

-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

**TINA FOGEL** hereby certifies under penalty of perjury:

    1.    I am not a party to the action, am over 18 years of age and reside in New York, New York.

    2.    On the **8th day of December, 2023**, I caused to be served ***VIA FIRST CLASS MAIL:***

- *ORDER SCHEDULING INITIAL CASE CONFERENCE [ECF Doc. No. 7]*

**UPON:**

### ALL PARTIES ON THE ANNEXED SERVICE LIST

by depositing true copies of same enclosed in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**Dated:** December 8, 2023                                                                         /s/ TINA FOGEL
                                                                                                                          **TINA FOGEL**

<u>4452 BROADWAY TOP 20 SERVICE LIST AS OF 12-8-2023</u>

BBG, INC.
8343 DOUGLAS AVENUE
SUITE 700
DALLAS, TX 75225

BIG APPLE TESTING, INC.
100-03 94TH AVENUE
OZONE PARK, NY 11416

CON EDISON
4 IRVING PLACE
NEW YORK, NY 10003

CT CORPORATION
P.O. BOX 4349
CAROL STREAM, IL 60197

DAGHER ENGINEERING, PLLC
29 BROADWAY
NEW YORK, NY 10006

DOMANI CONSULTING
68 WHITEHALL STREET
LYNBROOK, NY 11563

HUB INTERNATIONAL NE TRUST
PO BOX 414972
BOSTON, MA 02241-4972

JZN ENGINEERING
99 MORRIS AVENUE
SPRINGFIELD, NJ 07081

LANGAN ENGINEERING,
ENVIRON. SURVEYING,
LANDSCAPE ARCHITECT
300 KIMBALL DRIVE
PARSIPPANY, NJ 07054

LRC ENGINEERING & SURVEYING DP
160 WEST STREET, SUITE E
CROMWELL, CT 06416

NEW YORK CITY TRANSIT AUTH
2 BROADWAY
ROOM A1-09
NEW YORK, NY 10004

NYC DEPT OF BUILDINGS
280 BROADWAY
4TH FL.
NEW YORK, NY 10007

OPEN SPACE LABS INC.
1533 SANCHEZ STREET
SAN FRANCISCO, CA 94131

PLATTE, KLARSFELD AND LEVINE,
10 EAST 40TH STREET
46TH FLOOR
NEW YORK, NY 10016

SEVERUD ASSOCIATES CONSULTING
ENGINEERS, P.C.
469 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NY 10018

SMITH, GAMBRELL & RUSSELL
WILL APARTMENT
1301 6TH AVE, 42ND FLOOR
NEW YORK, NY 10019

STRATEGIC INSPECTIONS
150 MAIN STREET
SUITE 2
PORT WASHINGTON, NY 11050

TEAL BECKER & CHIARAMONTE
7 WASHINGTON SQUARE
ALBANY, NY 12205

THE BLAIKIE GROUP
111 JOHN STREET
SUITE 1600
NEW YORK, NY 10038

WOLTERS KLUWER
400 W. MAIN STREET
SUITE 405
BABYLON, NY 11702

4452 BROADWAY 1 LLC
520 MADISON AVE
SUITE 3501
NEW YORK, NY 10022

BROADWAY CONST. GROUP LLC
45 BROADWAY
27TH FLOOR
NEW YORK, NY 10006-3800

PECKAR & ABRAMSON, P.C.
1325 AVENUE OF THE AMERICAS
ATTN: CHRISTOPHER B. KINZEL
NEW YORK, NY 10019

KISAV CONSTRUCTION SERVICES
808 TUCKAHOE ROAD
YONKERS, NY 10710

MT GROUP LLC
403 COUNTY ROAD, UNIT 1
CLIFFWOOD, NJ 07721

HAKEEM MAINTENANCE SERV.
3 WEST 57TH STREET
NEW YORK, NY 10019

JEROLD C. FEUERSTEIN, ESQ.
DANIEL N. ZINMAN, ESQ.
STUART L. KOSSAR, ESQ.
KRISS & FEUERSTEIN LLP
360 LEXINGTON AVE, SUITE 1200
NEW YORK, NY 10017

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

NEW YORK STATE DEPT. OF FINANC
ATTN: BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205

NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201

CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007

4858-2983-4134, v. 1

OFFICE OF THE ATTORNEY GENERAL
28 LIBERTY ST.
NEW YORK, NY 10005

US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN: TAX AND BANKRUPTCY
NEW YORK, NY 10007

OFFICE OF THE UNITED STATES TRUSTEE
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 534
NEW YORK, NEW YORK 10004-1408