| | |
|---|---|
| KIRBY AISNER & CURLEY LLP<br>*Co-Counsel for Business Finland USA, Inc.*<br>700 Post Road, Suite 237<br>Scarsdale, New York 10583<br>Tel: (914) 401-9500<br>Julie Cvek Curley, Esq.<br>JCurley@kacllp.com | *Hearing Date: January 9, 2025*<br>*Hearing Time: 10:00 a.m.*<br><br>*Objection Deadline: November 18, 2024*<br>*Reply Deadline: December 20, 2024* |

CERMELE & WOOD, LLP
*Co-Counsel for Business Finland USA, Inc.*
2 Westchester Park Drive, Suite 110
White Plains, New York 106040
Tel: (914) 967-2753
Michael R. Wood, Esq.
Mike@cw.legal

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

JAANA COLANGELO,

                      Debtor.

Chapter 7
Case No. 23-22355(SHL)

-----------------------------------------------------------X
BUSINESS FINLAND USA, INC.,

                      Plaintiff,

       -against-

JAANA COLANGELO,

                      Defendant.

Adv. Pro. No. 23-07036 (SHL)

-----------------------------------------------------------X

### NOTICE OF HEARING AND DEADLINES ON BUSINESS FINLAND USA, INC.'S MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE,** that upon the Motion dated October 3, 2024 (the "**Motion**", ECF No. 15) of Business Finland USA, Inc., plaintiff in this adversary proceeding ("**Plaintiff**" or "**Business Finland**"), by its counsel, Kirby Aisner & Curley LLP, pursuant to Rule 56 of the Federal Rules of Civil Procedure, as made applicable by Rule 7056 of the Federal Rules of Bankruptcy Procedure, for summary judgment against the above captioned chapter 7 debtor and

defendant, Jaana Colangelo ("**Debtor**" or "**Defendant**") on the claims for relief set forth in its complaint dated December 14, 2023 (the "**Complaint**"), a hearing on the Motion has been scheduled for **January 9, 2025 at 10:00 a.m. (ET)** and will be conducted *__via Zoom for Government__* before the Honorable Kyu Y. (Mike) Paek, United States Bankruptcy Judge, Southern District of New York (Poughkeepsie Division). Parties that wish to (i) participate "live" or (ii) listen to the hearing, must register their appearance through the eCourt Appearance tool on the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances by 4:00 p.m. two business days before the scheduled hearing.

**PLEASE TAKE FURTHER NOTICE,** that responses or objections to the Motion must be (i) in writing and (ii) confirm to the Bankruptcy Rules and the Local Rules, and be filed on or before **November 18, 2024** with the Bankruptcy Court electronically and be served upon (i) the attorneys for Plaintiff, Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583 (Attn: Julie Cvek Curley, Esq.), and (ii) the Debtor Defendant, Jaana Colangelo, 2005 Palmer Avenue, Larchmont, New York 10538 (collectively, the "**Notice Parties**"). Anyreply to responses or objections to the Motion must be (i) in writing and (ii) confirm to the Bankruptcy Rules and the Local Rules, and be filed on or before **December 20, 2024** with the Bankruptcy Court electronically and be served upon (a) the Notice Parties, and (b) any party that filed a response or objection to the Motion.

Dated: Scarsdale, New York
      October 28, 2024

                            KIRBY AISNER & CURLEY LLP
                            *Attorneys for* Business Finland USA, Inc.,
                            700 Post Road, Suite 237
                            Scarsdale, New York 10583
                            Tel: (914) 401-9500

                            By: */s/ Julie Cvek Curley*
                                  Julie Cvek Curley, Esq.