KIRBY AISNER & CURLEY LLP
*Co-Counsel for Business Finland USA, Inc.*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Julie Cvek Curley, Esq.
JCurley@kacllp.com

CERMELE & WOOD, LLP
*Co-Counsel for Business Finland USA, Inc.*
2 Westchester Park Drive, Suite 110
White Plains, New York 106040
Tel: (914) 967-2753
Michael R. Wood, Esq.
Mike@cw.legal

*Hearing Date: January 9, 2025*
*Hearing Time: 10:00 a.m.*

*Extended*
*Objection Deadline: November 25, 2024*

*Reply Deadline: December 20, 2024*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

JAANA COLANGELO,

                         Debtor.

Chapter 7
Case No. 23-22355(KYP)

-----------------------------------------------------------X
BUSINESS FINLAND USA, INC.,

                         Plaintiff,

       -against-

JAANA COLANGELO,

                         Defendant.

Adv. Pro. No. 23-07036 (KYP)

-----------------------------------------------------------X

**NOTICE OF EXTENDED DEADLINE TO FILE OBJECTION TO BUSINESS
FINLAND USA, INC.'S MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE,** that upon the request of the above captioned chapter 7 debtor and defendant, Jaana Colangelo ("**Debtor**" or "**Defendant**") for an extension of time to file an objection to the Motion dated October 3, 2024 (the "**Motion**", ECF No. 15) of Business Finland USA, Inc., plaintiff in this adversary proceeding ("**Plaintiff**" or "**Business Finland**"), by its counsel, Kirby Aisner & Curley LLP, pursuant to Rule 56 of the Federal Rules of Civil Procedure,

as made applicable by Rule 7056 of the Federal Rules of Bankruptcy Procedure, for summary judgment against on the claims for relief set forth in its complaint dated December 14, 2023 (the "**Complaint**"), the deadline for the Defendant to file an objection to the Motion is extended to **November 25, 2024**. The deadline to file a any reply to responses or objections to the Motion must be filed on or before December 20, 2024. The hearing on the Motion remains scheduled for **January 9, 2025 at 10:00 a.m. (ET)** *via Zoom for Government* before the Honorable Kyu Y. (Mike) Paek, United States Bankruptcy Judge, Southern District of New York (Poughkeepsie Division).

Dated: Scarsdale, New York
November 6, 2024

    KIRBY AISNER & CURLEY LLP
    *Attorneys for Business Finland USA, Inc.*
    700 Post Road, Suite 237
    Scarsdale, New York 10583
    Tel: (914) 401-9500

    By: */s/ Julie Cvek Curley*
        Julie Cvek Curley, Esq.