KIRBY AISNER & CURLEY LLP
*Co-Counsel for Business Finland USA, Inc.*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Julie Cvek Curley, Esq.
JCurley@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

                                                   Chapter 7
JAANA COLANGELO,                         Case No. 23-22355(SHL)

                              Debtor.
------------------------------------------------------------X
BUSINESS FINLAND USA, INC.,

                     Plaintiff,        Adv. Pro. No. 23-07036 (SHL)

          -against-

JAANA COLANGELO,

                             Defendant.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

       I, Donna Fraioli, do hereby affirm under penalty of perjury, that I am not a party to the action and am over 18 years of age and an employee of the law firm of Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583.

       On the 9th day of January 2025, I served a true and correct copy of the *Plaintiff's Reply Memorandum of Law in Further Support of Motion for Summary of Judgment* upon:

Jaana Colangelo
2005 Palmer Avenue
Larchmont, New York 10538
Email: jaana.bernadotte@icloud.com

by enclosing documents in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service by First Class Mail delivery and by electronic mail.

                                                               */s/ Donna Fraioli*
                                                               Donna Fraioli