UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
In re:

                                                                   Chapter 7

JAANA COLANGELO,                             Case No. 23-22355 (KYP)

                                       Debtor.
---------------------------------------X
BUSINESS FINLAND USA, INC.,

                                    Plaintiff,        Adv. Pro. No. 23-07036 (KYP)

                   -against-

JAANA COLANGELO,

                                    Defendant.
---------------------------------------X

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
IN THE ADVERSARY PROCEEDING AND DECLARING THE DEBTOR'S
JUDGMENT DEBT OWED TO BUSINESS FINLAND USA, INC.
NONDISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(a)(2)(A)**

**UPON** notice of hearing and motion (the "Motion," ECF Doc. #15) of plaintiff Business Finland USA, Inc. ("Business Finland") and supporting submissions (ECF Doc. #16 and 28) seeking entry of an Order pursuant to Federal Rule of Bankruptcy Procedure Rule 7056 and Federal Rule of Civil Procedure Rule 56 granting Business Finland summary judgment declaring that liability of the debtor, Jaana Colangelo (the "Debtor") to Business Finland nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(4), and 523(a)(6), and granting such other and further relief as this Court deems just and proper; and upon the Debtor's submission in opposition to the Motion (ECF Doc. #27); and upon the record of the hearing held before this Court on January 30, 2025, the transcript of which is incorporated herein; and upon the *Memorandum Decision Granting Plaintiff's Motion for Summary Judgment*, dated May 19, 2025

(the "Memorandum Decision," ECF Doc. # 33); and after due deliberation and good and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is granted to the extent set forth herein; and it is further

**ORDERED** that summary judgment is granted in favor of Business Finland in the above-captioned adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7056 and Federal Rule of Civil Procedure 56 insofar as the Business Finland Claim (as defined in Memorandum Decision) is hereby declared nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A); and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.



**Dated: May 23, 2025**
**Poughkeepsie, New York**

/s/ Kyu Y. Paek
_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**